

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-14-00902-CR

Luis **JARAMILLO, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR2228
Honorable Melisa Skinner, Judge Presiding

## O R D E R

On February 27, 2015, pro se appellant Luis Jaramillo Jr., who is indigent, filed a motion for a free appellate record. *See* TEX. R. APP. P. 20.2.

Appellant's motion is GRANTED. We ORDER the trial court clerk to (1) provide Appellant with a printed copy of the appellate record, at no cost to Appellant, and (2) provide this court with written confirmation that it has complied with this order within TEN DAYS of the date of this order. *See id.*; *Newman v. State*, 937 S.W.2d 1, 3 (Tex. Crim. App. 1996) ("[T]he trial court has a duty to provide an indigent defendant with an adequate record on appeal.").

Appellant's brief will be due THIRTY DAYS after we receive written confirmation that the trial court clerk has provided Appellant with a printed copy of the reporter's record. *See* TEX. R. APP. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court